636

for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 290. HEALDTON OIL & GAS CO. *v.* ALEXANDER, COLLECTOR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John E. Hughes* and *William Cogger* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Hayner D. Larson, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 292. REDWINE *v.* KNOX ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. W. B. O'Connell* for petitioner. *Mr. Alfred D. Smith* for respondents.

No. 296. BENJAMIN CARROLL TABER *v.* UNITED STATES; and
No. 297. EDWARD CARROLL TABER *v.* SAME. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. Hollingsworth* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, J. P. Jackson, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 298. FIRST NATIONAL BANK *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals